# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN B. BONHAM, | Case No.: 2:17-cv-02398-RFB-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket Nos. 26, 27] |
| ROMERO ARANAS, et al., | |
| Defendant(s). | |

Pending before the Court are two requests for judicial notice, which the Court construes as a motion to serve Defendants Brian G. and Romero Aranas. Docket Nos. 26, 27. Any response shall be filed by May 20, 2019.

IT IS SO ORDERED.

Dated: May 15, 2019

_____
Nancy J. Koppe
United States Magistrate Judge