UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN B. BONHAM, | Case No.: 2:17-cv-02398-RFB-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 26] |
| ROMERO ARANAS, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to serve Defendant Dr. Brian G. Docket No. 26. The Court ordered that any response must be filed by May 20, 2019, Docket No. 29, and no response has been filed.

In the order screening the complaint, the Court determined that the claim against Defendant Dr. Brian G. Docket No. 4 at 7. The Attorney General's Office was ordered to "file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal." Docket No. 10 at 2. The Attorney General's Office provided no indication as to whether it accepted service on behalf of Defendant Dr. Brian G., *see* Docket No. 11, nor did the Attorney General's Office provide a last known address for him, *see* Docket No. 12.[1]

---

[1] The Attorney General's Office did not indicate that it was unable to identify Dr. Brian G.

1

Accordingly, the Court **DEFERS** ruling on the instant motion to serve Dr. Brian G. The Court **ORDERS** the Attorney General's Office to file a notice by June 5, 2019, explaining whether it is able to identify the person referred to in Plaintiff's complaint as "Dr. Brian G." If so, the notice shall indicate whether the Attorney General's Office will accept service for Dr. Brian G. or shall provide his last known address under seal.

IT IS SO ORDERED.

Dated: May 28, 2019

_____
Nancy J. Koppe
United States Magistrate Judge