# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRYAN B. BONHAM,

    Plaintiff(s),

v.

ROMERO ARANAS, et al.,

    Defendant(s).

Case No.: 2:17-cv-02398-RFB-NJK

**ORDER**

[Docket No. 27]

Pending before the Court is Plaintiff's motion to serve Defendant Romero Aranas. Docket No. 27. The Court ordered that any response must be filed by May 20, 2019, Docket No. 29, and no response has been filed.

In the order screening the complaint, the Court determined that the claim against Defendant Romero Aranas could proceed. Docket No. 4 at 7. The Attorney General's Office was ordered to "file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal." Docket No. 10 at 2. The Attorney General's Office indicated that it would not accept service for Defendant Romero Aranas, and provided his last known address under seal. Docket Nos. 11, 12.

1

Plaintiff's motion for service on Defendant Romero Aranas is **GRANTED**. The U.S. Marshal shall serve Defendant Romero Aranas. The Court therefore **ORDERS** as follows:

- The Clerk's Office is instructed to mail Plaintiff a blank copy of the USM-285 form.
- Plaintiff shall have twenty days in which to furnish the U.S. Marshal with the required USM-285 form (with Defendant Romero Aranas' address omitted).
- The Clerk's Office shall issue summons to Defendant Romero Aranas under seal, and deliver the complaint and that summons to the U.S. Marshal for service.
- Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice identifying whether Defendant Romero Aranas was served. If service was unsuccessful and Plaintiff wishes to have service attempted again, a motion must be filed identifying the unserved defendant and specifying a detailed name and/or address for said defendant, or whether some other manner of service should be attempted.
- Defendant Romero Aranas' address shall remain sealed and shall not be provided to Plaintiff.

Lastly, the deadline for completing service on these defendants expired on April 29, 2019. *See* Docket No. 10 at 2; Fed. R. Civ. P. 4(m). As such, the motion includes an implicit request to extend the service deadline. That deadline must be extended upon a showing of good cause and may be extended in the Court's discretion even absent a showing of good cause. *See, e.g.*, *in re Sheehan*, 253 F.3d 507, 513 (9th Cir. 2001). The Court will exercise its discretion in this instance to extend the service deadline even though good cause has not been shown. The Court is not inclined to extend this deadline again without a proper showing of good cause. The deadline to complete service is hereby **EXTENDED** to July 31, 2019.

IT IS SO ORDERED.

Dated: May 28, 2019

_____
Nancy J. Koppe
United States Magistrate Judge