# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRYAN B. BONHAM,

    Plaintiff(s),

v.

ROMERO ARANAS, et al.,

    Defendant(s).

Case No.: 2:17-cv-02398-RFB-NJK

**ORDER**

[Docket Nos. 26, 40]

Pending before the Court is Plaintiff's motion to amend the complaint to correctly identify Dr. Gregory Brian as a Defendant. Docket No. 40. Defendants do not oppose that motion. Docket No. 45. Accordingly, the motion to amend the complaint to correctly identify Defendant Dr. Gregory Brian is **GRANTED** and the Clerk's Office is **INSTRUCTED** to file on the docket the amended complaint. Docket No. 40 at 5-15. No later than July 15, 2019, the Attorney General's Office shall file a notice advising whether it accepts service on behalf of Dr. Gregory Brian. If not, the Attorney General's Office shall file his last known address under seal by that date.

In light of the issuance of this order, the motion for service at Docket No. 26 is hereby **DENIED** without prejudice to being refiled if the Attorney General's Office does not accept service on behalf of Defendant Dr. Gregory Brian.

IT IS SO ORDERED.

Dated: July 8, 2019

                                                Nancy J. Koppe
                                                United States Magistrate Judge