# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

BRYAN P. BONHAM,

    Plaintiff,

v.

ROMERO ARANAS, *et al.*,

    Defendants.

Case No. 2:17-cv-02398-RFB-NJK

**ORDER TO PRODUCE
BRYAN P. BONHAM, #60575**

TO:    MONICA NAVARO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    ROBERT LEGRAND, WARDEN, LOVELOCK CORRECTIONAL CENTER
        LOVELOCK, NV
        UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA
        AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **BRYAN P. BONHAM, #60575**, is presently in custody of the Nevada Department of Corrections, located at Lovelock Correctional Center, Lovelock, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Lovelock Correctional Center, or his designee, shall transport and produce **BRYAN P. BONHAM, #60575**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Friday, January 17, 2020, at the hour of 11:00 a.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **BRYAN P. BONHAM, #60575**, is released and discharged by the said Court; and that **BRYAN**

/ / /

/ / /

/ / /

**P. BONHAM, #60575**, shall thereafter be returned to the custody of the Warden, Lovelock Correctional Center, Lovelock, NV, under safe and secure conduct.

**DATED** this 27th day of December, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**