1
2
3
4 UNITED STATES DISTRICT COURT
5 DISTRICT OF NEVADA
6 * * *

Case No. 2:17-cv-02398-RFB-NJK

7 BRYAN P. BONHAM,

**AMENDED ORDER TO PRODUCE    BRYAN P. BONHAM, #60575**

8               Plaintiff,

9        v.

10 ROMERO ARANAS, *et al.*,

11               Defendants.

12

13    TO:      MONICA NAVARO, NEVADA DEPARTMENT OF CORRECTIONS; and
14    TO:      ROBERT LEGRAND, WARDEN, LOVELOCK CORRECTIONAL CENTER
              LOVELOCK, NV
15            UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA
              AND ANY OTHER UNITED STATES MARSHAL

16

17        **THE COURT HEREBY FINDS** that **BRYAN P. BONHAM, #60575**, is presently in

18  custody of the Nevada Department of Corrections, located at Lovelock Correctional Center,

19  Lovelock, Nevada.

20        **IT IS HEREBY ORDERED** that the Warden of Lovelock Correctional Center, or his

21  designee, shall transport and produce **BRYAN P. BONHAM, #60575**, to the Lloyd D. George

22  United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about

23  Friday, January 24, 2020, at the hour of  10:00 a.m., to attend a  hearing in the instant matter, and

24  arrange for his appearance on said date as ordered and directed by the Court entitled above, until

25  **BRYAN P. BONHAM, #60575**, is released and discharged by the said  Court;  and that **BRYAN**

26  / / /

27  / / /

28  / / /

**P. BONHAM, #60575**, shall thereafter be returned to the custody of the Warden, Lovelock Correctional Center, Lovelock, NV, under safe and secure conduct.

     **DATED** this 2nd day of January, 2020.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**